UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY MARIE ZEVENBERGEN-ORTIZ,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:17-cv-133
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Order filed this date, Judgment is entered in favor of plaintiff, Brittany Marie Zevenbergen-Ortiz, and against defendant.

**IT IS SO ORDERED**.

Dated: May 30, 2019　　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge